SNO-WITE, INC., Respondent, *v.* GERALD OPERATING CORP., Appellant.

Argued April 13, 1948; decided May 20, 1948.

*Harold J. Treanor* for appellant.
*Charles N. Maybruck* for respondent.

Order affirmed, with costs. Questions certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.